This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO**

 Plaintiff-Appellee,

**v.**           **No. 33,578**

**ABRAHAM PIEDRA,**

 Defendants-Appellant.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Jerry H. Ritter, Jr., District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Jacqueline R. Medina, Assistant Attorney General
Albuquerque, NM

for Appellee

The Law Offices of the Public Defender
Jorge A. Alvarado, Chief Public Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**FRY, Judge.**

{1} Defendant Abraham Piedra ("Piedra") appeals the conviction and sentence entered in this case. This Court's notice of proposed summary disposition proposed

to reverse on the basis that the record does not support a conclusion that Piedra knowingly and intelligently waived his right to counsel before being permitted to represent himself at trial. [CN 4-5] In response, the State has filed a notice of its intent not to file a motion in opposition. We, therefore, reverse the judgment and sentence entered below and remand the case to the district court for new trial.

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**MICHAEL D. BUSTAMANTE, Judge**